**Lawrence Verline WILDER, Sr., Plaintiff–Appellant,**

v.

**DIRECTOR OF the OFFICE OF PERSONNEL MANAGEMENT, Defendant–Appellee.**

No. 07–1065.

United States Court of Appeals, Fourth Circuit.

Submitted: July 18, 2007.

Decided: Aug. 15, 2007.

Lawrence Verline Wilder, Sr., Appellant pro se.

Before MICHAEL and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lawrence Verline Wilder, Sr., appeals the district court's order dismissing his action seeking relief under the Freedom of Information Act. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Wilder v. Director of the Office of Pers. Mgmt.,* No. 1:06–cv–03462–JFM (D.Md. Jan. 17, 2007). We dispense with oral argument because

the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*